## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                             PLAINTIFFS

v.                              No. 3:19-cv-357-DPM

JOE SLOCUM, III, Chief Firefighter & Deputy
Sheriff Officer;  DOYLE FOWLER,
Mayor/Realtor;  THOMAS KENDRICK, Game
Fish;  BRADLEY BEEVLES, Chief;  NICK
WATSON, Officer;  JAMES DURHAM, Deputy
Sheriff;  and WILLIAM JONES, Officer          DEFENDANTS

### ORDER

1.  Webb's and Neal's joint motion to proceed *in forma pauperis*, № 1, is granted.  They can't afford the filing fee.

2.  The Court must screen their complaint. 28 U.S.C. § 1915(e)(2). They've listed seventeen claims, but provide no facts.  The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.   FED. R. CIV. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii).   Webb and Neal must therefore file an amended complaint that includes facts.  The Court needs to know particulars:  who did what, and when?  If they don't file an amended complaint by 17 January 2020, then the Court will dismiss their case without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

17 December 2019