# Partial Amended Complaint

Civil Case # 3:19cv-357

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 17 2020

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

_signature_ 1-17-2020

Rosalyn Neel 01-17-2020

Jeffery Webb
603 Chapel Oaks C-23
McCrory Arkansas 72101
January 17, 2020

Defendant 1° Chief Firefighter Joe Slorm

On or about July 30, 2019 Slorm while in his Official capacity hired a guy from marvel to help built on to the Fire Station Wish boarder my Organic Farm/Company Started building Foundation by bring in dirt and material to construct the add on. When doing so he Ran over 6 of 7 Rows of Cucumbers. Police Report was made and filed at the Police Station Still no Justice

I made 3,800 dollar off one row of cucumbers and Joe intentionly Ran over the Cucumbers while bring in dirt and he was as in control of the hired help that ran over Cucumbers

The Cucumbers over 80 feet away from the Firestation Newly Licened Surveyed line showing that Joe Slorm once again committing Domestic terroris Harrasment Destruction of Property and Hate Crime

# Joe Slocum III C. Firefighter & McCrory P.D.

| | | |
|---|---|---|
| 1 | Property Damage x4 | 03/2019 ; 06/2019 ; 07/2019 ; 08/2019 |
| 2 | Domestic Terrorism | 06/2019 ; 07/2019 ; 08/2019 |
| 3 | Crop Damage | 06/2019 ; 07/2019 |
| 4 | Grand Larceny | 03/2019 |
| 5 | Tresspassing | 03/2019 ; 06/2019 |
| 6 | Harrassment | 06/2019 ; 07/2019 ; 08/2019 |
| 7 | Emotional Distress | 03/2019 ; 06/2019; 07/2019 ; 08/2019 up until Present Date 12/2019 |
| 8 | Mental Anguish | 03/2019 ; 06/2019 ; 07/2019 ; 08/2019 up until Present Date 12/2019 |
| 9 | Pain and Suffering | 03/2019 ; 06/2019 ; 07/2019 08/2019 up until Present Date 12/2019 |

# Defendant 1° Chief Firefighter Joe Slocum III

On or about March 10, 2019 defendant Joe Slocum III while in his official capacity of city of McCrory & Chief Firefighter drove on a tractor with bush hog blade cutting grass on the fire station side which is in an 12ft. wide strip of grass boarding I the plaintiff organic farm Webb's produce farm & market. On this day, However Slocum III intentionally drove the tractor mower while cutting a 30ft. wide by 780 feet long gap of my Cover crop + 1,000 feet worth of drip tape he ran over 2 lines of drip tape irrigation total of 11,000 sqft of drip tape irrigation 7 metal rainbird sprinklers and water management fertilizer sensor connection costing me and my company 10's of thousands of dollars in damage, over 3 weeks, 6-day week 4 employees each day (21 days) of installation he also cost me 2 contracts because of taking this loss.

* please note Chief fire fighter Joe slocum III is a well experienced + trained farmer + machine operator so for him to travel the distance of 23,400 sqft while mowing over metal and plastic drip tape irrigation. I had 24 inch tall row on my property with him diong that Slocom's intent was to destroy dismantle and to Commit domestic terrorism + hate crime, destruction of property, abuse of color code, harrassment, theft



LABOR DAY SAVINGS START NOW + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



Open until 9PM!
Searcy Lowe's ∨

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

# 🔒 Shopping Cart Your purchase is always

**Lowe's Of Searcy, AR | Change Store >**
3701 East Race Avenue, Searcy, AR 72143

🖶 Print

| Products in Cart | | Select a Delivery Method | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | Melnor Digital Water Timer Item #:790509 \| Model #:53280-L | **Store Pickup** Available for pickup today. | 1 | **$49.98** | **$49.98** |
| | | **Lowe's Truck Delivery** You'll be contacted to arrange your delivery | | | |
| | | **Parcel Shipping** Sent by carriers like UPS, FedEx, USPS, etc. | | | |
| | Orbit 5,000-sq ft Impulse Tripod Lawn Sprinkler Item #:89711 \| Model #:27522 | **Parcel Shipping** Sent by carriers like UPS, FedEx, USPS, etc. | 5 | **$39.98** | **$199.90** |
| | | ✕ **Store Pickup** Currently unavailable for this order, check again soon. | | | |
| | | ✕ **Lowe's Truck Delivery** Currently unavailable for this order, check again soon. Your order can be ready for delivery to you from your selected store. | | | |

**Cart Summary**

Estimate Parcel Shipping Charges

Standard 1-3 Business Days ∨

| | |
|---|---|
| Subtotal | $249.88 |
| Estimated Parcel Shipping | FREE |
| Estimated Sales Tax | $24.36 |
| **Estimated Total** | **$274.24** |

Promotion Code





# MCCRORY POLICE DEPARTMENT

*Black LIVES MATTER*

P.O. Box 897 / 109 N. Jackson
McCrory, AR 72101
870-731-2041 Office
870-731-5159 Fax

*Stalking*
*Terrositic Threatening*
*Harrasment*

*4th verbal Report*
*2nd written Report*
*O ~~gets~~ Justice*

**Voluntary Statement**
Please Print

Date: 8-11-19    Time: 9:10 A.m.   *video Time*   Incident Location: *North Edmond Ave*
*No man is above*                                                         *Car wash*
*the Law*

Statement of: *Jeffery Webb*

On August 11th I the Plaintff was at the Car wash
on North Edmond was my Company Truck When
Joe ~~●~~ Slocum of McCrory Arkansas was Traveling South
on Edmonds entering the Car wash while Raising his
window down yelling "You dumb Nigger I'm ~~●~~ the
officer of the law Myers ~~and~~ and Bell works for
Me Your a Dead Nigger ~~●Nate~~ ~~then~~ then Ran to the other
side of my truck to Grab my phone ~~●●●●●~~ Start
Recording During my Run to the other side of truck
Me Slocum then Yelled Run Nigga Run.
This is the second threat + Complaint where is my Justice
This has went on to long where is my Justice. in
this white Nationalism County. In this County
White People dont get warrats Servd.
Damien Smith + Craig Reeves warrants was given the Same day
only Damian Smith was served a blackman. Both people had
the Same violent Felony Charge.
My warrants for Doyle Fowler + Joe Slocum has not Been filed
and Now Joe Slocum is bragging about It. While telling me
Im a dead Man. Im in fear of my life.

If I threaten a white man I would have a warrant or in Jail
I had a warrant Signed on me by Ralph Myers but I cant get one
Signed on a White Man ~~●●●●●●●~~ Because they are
Protected by the KKK OR this white Nationalism Justice system in McCrory

I have read the ___ pages of this statement and the facts contained are true and correct.

Signature: _____   Address: 506 E Main
Date of Birth: 6-28-86   Driver's License / ID#: 917[...]
Phone #: 501 388 3970   Officer: _____

(WE) I NEED Justice

Map of Farm 3248 in Woodruff County, Arkansas

Page 1 of 2

**USDA**
**Woodruff County, Arkansas**



Map of Farm 3248 in Woodruff County, Arkansas

*Handwritten annotations on image: "Farm Land", "USDA # 3248", "1 4.69 NHEL", "Flee Station"*

**Common Land Unit**
Cropland     Non-cropland     CRP

**Wetland Determination Identifiers**
- ● Restricted Use
- ⌕⌕ Limited Restrictions
- ▨ Exempt from Conservation Compliance Provisions

**Farm 3248**
**Tract 3238**

**2018 Crop Year**

Tract Page 1 of 1

*Compass: N, S, E, W*

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

Hi! **Sign in**                  Sell    My eBay      1

    [ 🔍 Search for anything        | All Categories ▼ ]

eBay   Home & Garden   Yard, Garden & Outdoor Living   Watering Equipment         **Share**
Other Watering Equipment

# 1/2" Polyethylene Drip Irrigation Tubing 1000' (.600" ID x .700" OD)-50 pack



## $5,344.61

 ~~FAST~~ 'N FREE

Qty :

1

y **Monday, Oct 7** from 97503,
States

✔ condition
Jay returns - Buyer pays return
g

*normal occurrence for tightly*
*rolls and does not affect the*
*ance or durability of the tubin...'*
ll description
ails



| Buy It Now |
| View in cart |
| Watch |

Sold by
**dripdepot** (8535)
100.0% Positive feedback
Contact seller

---

    **1/2" Polyethylene Drip Irrigation Tubing 1000' (.600" ID x .700" OD)-50 pack**

Brand New
## $5,344.61   FAST 'N    | View in cart |
FREE

~~Similar items~~

      

SPONSORED       SPONSORED       SPONSORED
1/2" Polyethylene Drip    1/2" Polyethylene Drip    1/2" Polyethylene Drip
Irrigation Tubing 100...    Irrigation Tubing 50'...    Irrigation Tubing 100'...
**$118.48**          **$19.35**           **$23.05**
**Popular**   Free shipping    Free shipping      Free shipping

**Person, Michael D. - FSA, Searcy, AR**

| | |
|---|---|
| **From:** | Jay Web <jw551387@gmail.com> |
| **Sent:** | Tuesday, October 9, 2018 7:51 AM |
| **To:** | Person, Michael D. - FSA, Augusta, AR |
| **Subject:** | Re: withdrawal |

1350 will be this week's withdrawal this includes labor fees harvest bags also need wood for a stand to sale out of. I need organic fertilizer. Also I have planted alot more produce starting with cabbage I got 213 plants...2 more rows of kale at 320 feet long rows and 6 rows of collards and mustard at 420 feet long rows. I will like to have another crop inspection. For I feel I could and will do better

On Oct 9, 2018 7:30 AM, "Person, Michael D. - FSA, Augusta, AR" <michael.person@ar.usda.gov> wrote:

I am in the office today.  Yesterday was a federal holiday.

*Michael D. Person*

Michael D. Person

Farm Loan Officer

Woodruff County FSA

PO Box 519

Augusta, AR 72006-0519

870-347-2593 EXT 3026

**USDA is an Equal Opportunity Provider, Employer and Lender.**

Defendant 3° James Durham (officer jailer)
 On October 7, 2019 while in custody @
the Woodruff co. Jail. Defendant James Durham
allowed another defendant Game&Fish officer Thomas
Kendrick to enter the back of the jail with his gun
still on his hip. Disregarding numerous signs
that states all firearms are prohibited beyond
this point, During this interrigation I
asked for my attorney late John Walker
several times. He still continued with
his interrigation.

    On October 8, 2019 Defendant James Durham
attempted to hender my bond by calling the
Storage lady and threatening to get State
police involved to shut her down. So that
day I was unable to bond out because
James durham hendered bond by threatening
the owner of the Storage building by helping
me out and lending money.

James Durhan

| | |
|---|---|
| Bond Hindering | 08/19 |
| Harrasment | 08/19 |
| Abusee of Color of Conduct | 08/19 |
| Threatening — | 08/19 |
| Raseial Distrimantion | 08/19 |
| Endangerment of the Welfare of an Inmate | 8/19 |
| Engaging in a Hate Crime | 08/19 |
| Domestic Terroism | 08/19 |
| Cruel and unhsal Pushiment | 8/19 |

Defendant 2° Doyle Fowler (mayor city of Mccrory)

Illegally without my consent ordered Chief of police Bradley Beavels to run an illegal background check on me. He had this ordered due to I the plantiff asking to do voluntary at the City Park. which took place May 2018.


Incident 2° August 2019 I the plantiff went to Mccrory City hall to speak with water superintendent Jim Harrison. After leaving inside of City Hall walking towards my vehicle, which is parked in front of city Hall Doyle Fowler approached me in a hostile manner yelled "Hey Boy." I the plantiff immediately turned facing Defendant Doyle Fowler he abruptly told me "you shouldn't have called channel 7 news boy". Reffering to when I called 7 on your side prior that week about my crop damage & property damage by Defendant 1° Chief firefighter Joe Slocum

After telling me I shouldn't have called them He then threatens me by telling me my days are numbered and that is city folks gone ain't put up with my sh**. During the time of Defendant 2 Doyle Fowler threatening me he was also assaulting me by poking me in my chest with his index finger.

# Doyle Fowler    (Mayor)

| | |
|---|---|
| Defamation Of character | Newspaper 07/2019 ; 08/2019 |
| Domestic Terrorism | 07/2019 ; 08/2019 |
| Harrassment | 08/2019 |
| Emotional Distress | 07/2019 ; 08/2019 - present date 12/2019 |
| Mental Anguish | 07/2019 ; 08/2019 - present date 12/2019 |
| Bribery | 07/2019 ; 08/2019 |
| Deprivation of Rights under color of Law | 08/20    ; present date 12/2019 |
| Extortion | 07/2019 ; 08/2019 |
| Assault | 08/2019 |
| Pain and Suffering | 08/2019 - present date 12/2019 |

# Defendant Nick Watson / officer of McCrory

☑ On or about January 12, 2019, I confronted officer Watson to reveal to him that my Apartment cameras footage showed him outside his patrol unit ~~looking~~ at my trucks and cars tags at 1:00 A.m. without a warrant.

On or about October 6 2019 on a Sunday afternoon officer Nick Watson apprch me from behind Excessively hyperextending my right arm to the back of my neck arresting me and shoving me in the police squad car causing me to striking my head on the Police Unit After gaining conceneous, Office Watson stated that "We stick up for our Officers and that I was lucky I was being arrested ~~and~~ rather been Hung like the of them Dumb Fuckers Officer Nick Watson arrested me tht day, without running my Identifications nor asking for it. Nick Watson also said I had a warrant for my arrest inwhich no warrant was served or signed for Me on the date of arrest. Also Nick watson questioned me ~~about~~ about the warrant details of ~~the Charge~~ without Reading my Rights.
That Day of arrest nick watson didn't provide me with a warrant and he didn't run my Name for warrents but yet I was still Kidnapped and placed with 100,000 dollar bond I got a signed warrant ~~after~~ after 72 hours of being in Jail.

Harrasment, Fals Imprisonent, Hate Crime, Kidnapping, Stalking, Excessive Force Causing bodily injury, Defenation of Character Retalationship, Abuse of Color of Code,