**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEFFERY WEBB and
CHRISTALYNN NEAL**                                                              **PLAINTIFFS**

**v.**                                    **No. 3:19-cv-357-DPM**

**JOE SLOCUM, III, Chief Firefighter & Deputy
Sheriff Officer;  DOYLE FOWLER, Mayor/Realtor;
THOMAS KENDRICK, Game Fish;  NICK
WATSON, Officer;  and JAMES DURHAM,
Deputy Sheriff**                                                              **DEFENDANTS**

**ORDER**

After screening in mid-December, the Court directed an amended complaint with particulars by today.  *№ 3*.  Webb and Neal have filed many papers today:  a partial amended complaint of sixteen pages, a motion for more time to complete that pleading, a motion to change all the parties, a motion for appointed counsel, and a motion for a temporary restraining order.

The motion for more time, *№ 4*, is granted.  Webb and Neal may have until 14 February 2020 to file their proposed new complaint.  It must be complete.  The motion to change the parties, *№ 7*, is granted. They should fix all this in their amended complaint.  Their motion for appointed counsel, *№ 5*, is denied without prejudice.  The Court can't yet tell whether that step is needed or justified.  *Plummer v. Grimes*,

87 F.3d 1032, 1033 (8th Cir. 1996).  Their motion for a TRO, № 6, is denied without prejudice.  They make serious allegations, but their unsworn motion and other papers do not comply with Federal Rule of Civil Procedure 65(b), and the Court cannot take the extraordinary step of issuing a TRO on the current record.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2020