Webb's Produce Farm
& Market                          Case# 3:19-CV-00357

                              vs

City of McCrory &
Woodruff County Sheriff Deparment        Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 14 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

                Motion of Reconderation of
Tempory Restrain Order and Reconderation
of appointment of Counsel.

        To Come Now that we the Plaintiff &
People of Webb's Produce Farm & Market
has turned in finish Complaint and
would like for the courts to provid
Us Protection & Counsel by
Re condsidering our Motions for
Tempory Restraing Order as
Well as Appointment of Counsel this
will be best for Our Outcome of
this Class action lawsuits

                Thanks and God Bless

        Jeff Webb                Chrestalynn Neal
        2-14-2020                02-14-2020