Webb's Produce Farms & Market     Plaintiff

VS     Case # 3:19-cv-00357

City of McCrory & Woodruff County Sheriff Deparment     Defendents

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 14 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Motion of Amended Complaint

We, the Plaintiff hereby swear that this Amended Complaint is correct and accurate to our Best ability

2-14-2020

[signature]

Christalyn N Neal     02-14-2020

Defendant 1: Chief Firefighter Joe Slocum III

On or about March 10, 2019 defendant Joe Slocum III while in his official capacity of City of McCrory & Chief Firefighter drove on a tractor with bush hog blade cutting grass on the fire station side which is in an 12ft. wide strip of grass bordering I the plaintiff organic farm Webb's produce farm & market. On this day, However Slocum III intentionally drove the tractor mower while cutting a 30ft. wide by 780 feet long gap of my cover crop + 1000 feet worth of drip tape he ran over 2 lines of drip tape irrigation total of 11,000 sqft of drip tape irrigation 7 metel rainbird sprinklers and water management fertilizer, sensor ~~information~~ costing me and my company 10's of thousands of dollars in damage, over 3 weeks, 6-day week 4 employees each day (21 days) of instulation he also cost me 2 contracts because of taking this loss.

 * please note Chief fire fighter Joe Slocum III is a well experienced & trained farmer & machine operator so for him to travel the distance of 23,400 sqft while mowing over metel and plastic drip tape irrigation. I had 24 inch tall row on my property with him diong that Slocom's intent was to destroy dismantle and to commit domestic terrorism + hate crime, destruction of property, abuse of color code, harrassment, theft

Defendant 1: Chief Firefighter Joe Sloan

On or about July 30, 2019 Sloan while in his official capacity hired a guy from Marvel to help built on to the Fire Station which boarder my Organic Farm/Company. Started building Foundation by bring in dirt and material to construct the add on. When doing so he ran over 6 of 7 rows of 3 cucumbers. Police Report was made and filed at the Police Station Still no justice

★ I made 3,800 dollars off one row of cucumbers and Joe intentionally ran over the cucumbers while bring in dirt and he was as in control of the hired help that ran over Cucumbers

★ The Cucumbers over 80 feet away from the Firestation newly Licensed Surveyed line showing that Joe Sloan once again committing Domestic terroism Harrasment Destruction of Property and Hate Crime

Employee of the City of McCrory

# Joe Slocum III C. Firefighter & McCrory P.D.

| | | |
|---|---|---|
| 1 | Property Damage x4 | 03/2019 ; 06/2019 ; 07/2019 ; 08/2019 |
| 2 | Domestic Terrorism | 06/2019 ; 07/2019 ; 08/2019 |
| 3 | Crop Damage | 06/2019 ; 07/2019 |
| 4 | Grand Larceny | 03/2019 |
| 5 | Tresspassing | 03/2019 ; 06/2019 |
| 6 | Harrassment | 06/2019 ; 07/2019 ; 08/2019 |
| 7 | Emotional Distress | 03/2019 ; 06/2019 ; 07/2019 ; 08/2019 up until Present Date 12/2019 |
| 8 | Mental Anguish | 03/2019 ; 06/2019 ; 07/2019 ; 08/2019 up until Present Date 12/2019 |
| 9 | Pain and Suffering | 03/2019 ; 06/2019 ; 07/2019 ; 08/2019 up until present Date 12/2019 |



Drip Tape Irrigation

https://mail.google.com/mail/u/0/?ogbl#inbox/FMfcgxwDRSjDGnvCBkjmhNZjmLzmWxH?projector=1&messagePartId=0.21

LABOR DAY SAVINGS START NOW + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



Open until 9PM!
Searcy Lowe's ⌄

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

🖨 Print

## 🔒 Shopping Cart  Your purchase is always

**Lowe's Of Searcy, AR** | Change Store >
3701 East Race Avenue, Searcy, AR 72143

| Products in Cart | | Select a Delivery Method | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | Melnor Digital Water Timer<br>Item #:790509 \| Model #:53280-L | **Store Pickup**<br>Available for pickup today. | 1 | $49.98 | $49.98 |
| | | **Lowe's Truck Delivery**<br>You'll be contacted to arrange your delivery | | | |
| | | **Parcel Shipping**<br>Sent by carriers like UPS, FedEx, USPS, etc. | | | |
| | Orbit 5,000-sq ft Impulse Tripod Lawn Sprinkler<br>Item #:89711 \| Model #:27522 | **Parcel Shipping**<br>Sent by carriers like UPS, FedEx, USPS, etc. | 5 | $39.98 | $199.90 |
| | | × **Store Pickup**<br>Currently unavailable for this order, check again soon. | | | |
| | | × **Lowe's Truck Delivery**<br>Currently unavailable for this order, check again soon.<br>Your order can be ready for delivery to you from your selected store. | | | |

**Cart Summary**

| Estimate Parcel Shipping Charges | | Subtotal | $249.88 |
|---|---|---|---|
| Standard 1-3 Business Days ⌄ | | Estimated Parcel Shipping | FREE |
| | | Estimated Sales Tax | $24.36 |
| | | **Estimated Total** | **$274.24** |

Promotion Code

*The Costs Of Damages*



Model of What Shown Ran over

# MCCRORY POLICE DEPARTMENT

Black LIVES MATTER

P.O. Box 897 / 109 N. Jackson
McCrory, AR 72101
870-731-2041 Office
870-731-5159 Fax

4th verbal Report
2nd written Report
O ~~Just~~ Justice

Stalking
Terrositic Threatening
Harrasment

**Voluntary Statement**
Please Print

Date: 8-11-19   Time: 9:10 A.m. video Time   Incident Location: North Edmond Ave Car Wash

No man is above the Law

Statement of: Jeffery Webb

On August 11th I the Plaintiff was at the Car Wash on North Edmonds was my Company Truck when Joe ~~D~~ Slocum of McCrory Arkansas was Traveling South on Edmonds, Entering the Car wash while Raising his window down Yelling "You dump Nigger I'm ~~on~~ the office of the law Myers ~~and~~ and Bell works for Me Your a Dead Nigger ~~Now~~ I ~~~~ then Ran to the other side of my truck to Grab my Phone ~~~~ Start Recording During my Run to the other side of truck Mr Slocum then Yelled Run Nigger Run. This is the Second threat & Complaint where is my Justice. This has went on to long where is my Justice. in this white nationalism County. In this County White People don't get warrants served. Damien Smith & Craig Reeves warants was given the same day only Damian Smith was served a black man. Both people had the Same violent Felony Charge. My warrants for Doyle Fowler & Joe Slocum has not Been filed and now Joe Slocum is bragging about. It. while telling me I'm a dead man. I'm in fear of my life.

If I threaten a white man I would have a warrant or in Jail I had a warrant signed on me by Ralph Myers but I can't get one signed on a White Man ~~~~ Because they are Protected by the KKK or this White nationalism Justice system in McCrory

I have read the 2 pages of this statement and the facts contained are true and correct.

Signature: [signed]
Date of Birth: 6-28-86
Phone #: 501 388 3970
Address: 506 E Main
Driver's License / ID#: 917[illegible]
Officer:

(WE) I NEED Justice

Map of Farm 3248 in Woodruff County, Arkansas

**Woodruff County, Arkansas**

Page 1 of 2



Common Land Unit: Cropland, Non-cropland, CRP

Farm **3248**
Tract **3238**

Wetland Determination Identifiers
- Restricted Use
- Limited Restrictions
- Exempt from Conservation Compliance Provisions

2018 Crop Year



Tract Page: 1 of 1

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership, rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

Case 3:19-cv-00357-DPM Document 11 Filed 02/14/20 Page 10 of 18

Hi! Sign in '     Sell    My eBay     

     Search for anything      All Categories ▾

eBay   Home & Garden   Yard, Garden & Outdoor Living   Watering Equipment     Share
Other Watering Equipment

# 1/2" Polyethylene Drip Irrigation Tubing 1000' (.600" ID x .700" OD)-50 pack



## $5,344.61

FAST 'N FREE

y **Monday, Oct 7** from 97503, States

v condition
lay returns - Buyer pays return
g

normal occurrence for tightly
rolls and does not affect the
ance or durability of the tubin…'
ill description
ails



Qty :
1

View in cart

Watch

Sold by
dripdepot (8535)
100.0% Positive feedback
Contact seller



   **1/2" Polyethylene Drip Irrigation Tubing 1000' (.600" ID x .700" OD)-50 pack**

Brand New

**$5,344.61** FAST 'N FREE    View in cart

Similar Items

          

| SPONSORED | SPONSORED | SPONSORED |
|---|---|---|
| 1/2" Polyethylene Drip Irrigation Tubing 100… | 1/2" Polyethylene Drip Irrigation Tubing 50'… | 1/2" Polyethylene Drip Irrigation Tubing 100'… |
| **$118.48** | **$19.35** | **$23.05** |
| Popular Free shipping | Free shipping | Free shipping |

## Person, Michael D. - FSA, Searcy, AR

| | |
|---|---|
| **From:** | Jay Web <jw551387@gmail.com> |
| **Sent:** | Tuesday, October 9, 2018 7:51 AM |
| **To:** | Person, Michael D. - FSA, Augusta, AR |
| **Subject:** | Re: withdrawal |

1350 will be this week's withdrawal this includes labor fees harvest bags also need wood for a stand to sale out of. I need organic fertilizer. Also I have planted alot more produce starting with cabbage I got 213 plants...2 more rows of kale at 320 feet long rows and 6 rows of collards and mustard at 420 feet long rows. I will like to have another crop inspection. For I feel I could and will do better

On Oct 9, 2018 7:30 AM, "Person, Michael D. - FSA, Augusta, AR" <michael.person@ar.usda.gov> wrote:

I am in the office today. Yesterday was a federal holiday.

*Michael D. Person*

Michael D. Person

Farm Loan Officer

Woodruff County FSA

PO Box 519

Augusta, AR 72006-0519

870-347-2593 EXT 3026

**USDA is an Equal Opportunity Provider, Employer and Lender.**

1

Defendant 2: Doyle Fowler (mayor city of McCrory)

Illegally without my consent ordered Chief of police Bradley Beavers to run an illegal background check on me. He had this ordered due to I the plantiff asking to do voluntary at the City Park. Which took place May 2018.

Incident 2: August 2019 I the plantiff went to McCrory City hall to speak with water superintendent Jim Harrison. After leaving inside of City Hall walking towards my vehicle, which is parked in front of City Hall Doyle Fowler approached me in a hostile manner yelled "Hey Boy." I the plantiff immediately turned facing Defendant Doyle Fowler he abruptly told me "you shouldn't have called channel 7 news boy". Reffering to when I called 7 on your side prior that week about my crop damage & property damage by Defendant 1: Chief firefighter Joe Slocum
After telling me I shouldn't have called them He then threatens me by telling me my days are numbered and that is city folks ain't gone put up with my s***. During the time of Defendant 2 Doyle Fowler threatening me he was also assaulting me by poking me in my chest with his index finger.

# Doyle Fowler (Mayor)

| | |
|---|---|
| Defamation of Character | Newspaper 07/2019 & 08/2019 |
| Domestic Terrorism | 07/2019 & 08/2019 |
| Harrassment | 08/2019 |
| Emotional Distress | 07/2019 & 08/2019 - present date 12/2019 |
| Mental Anguish | 07/2019 & 08/2019 - present date 12/2019 |
| Bribery | 07/2019 & 08/2019 |
| Deprivation of Rights under Color of Law | 08/20 & present date 8/2019 |
| Extortion | 07/2019 & 08/2019 |
| Assault | 08/2019 |
| Pain and Suffering | 08/2019 - present date 12/2019 |

Woodruff Co. Sheriff's Department

Defendant 3: James Durham (officer/jailer)

On October 7, 2019 while in custody @ the Woodruff Co. Jail. Defendant James Durham allowed another defendant Game & Fish officer Thomas Kendrick to enter the back of the jail with his gun still on his hip. Disregarding numerous signs that states all firearms are prohibited beyond this point. During this interrigation I asked for my attorney late John Walker several times. He still continued with his interrigation.

On October 8, 2019 Defendant James Durham attempted to hender my bond by calling the storage lady and threatening to get state police involved to shut her down. So that day I was unable to bond out because James Durham hendered bond by threatening the owner of the storage building by helping me out and lending money.

Faulkner county the baxter Co Sheriff's Department

## James Durham

| Charge | Date |
|---|---|
| Bond Hindering | 08/19 10 |
| Harrasment | 08/19 10 |
| Abuse of Color of Conduct | 08/19 10 |
| Threatening | 08/19 10 |
| Reseiod Distrimantve | 08/19 10 |
| Endangerment of the Welfare of an Inmate | 08/19 10 |
| Engaging in a Hate Crime | 08/19 10 |
| Domestic Terroism | 08/19 10 |
| Cruel and unusal Pushiment | 08/19 10 |

Defendant #4 Nick Watson / officer of McCrory

☑ On or about January 12, 2019, I confronted Officer Watson to reveal to him that my Apartment Cameras footage showed him outside his patrol unit looking at my trucks and cars tags at 1:00 A.M. without a warrant.

On or about October 6 2019 on a Sunday afternoon officer Nick Watson approch me from behind Excessively hyperextending my right arm to the back of my neck arresting me and shoving me in the police squad car causing me to striking my head on the Police Unit. After gaining concenouns, Officer Watson stated that "We stick up for our Officers and that I was lucky I was being arrested rather been Hang like the other Dumb Fuckas" Officer Nick Watson arrested me that day without running my Identifications nor asking for it. Nick Watson also said I had a warrant for my arrest in which no warrant was served or signed for Me on the date of arrest. Also Nick Watson questioned me about the warrant details of the charge without Reading my Rights.
That Day of arrest nick watson didn't provide me with a warrant and he didn't run my name for warrants but yet I was still Kidnapped and placed with 100,000 dollar bond I got a signed warrant after 72 hours of being in Jail.

Harrasment, Fals Imprisonment, Hate Crime, Kidnapping, Stalking, Excessive Force Causing bodily injury, Defamation of Character Retalationship, Abuse of Color of Code,

Employee of City of McCrory

Pag 1

Defendant #5 Thomas Kendrick
On or about October 2019 Thomas Kendrick came to my farm in McCrory, Arkansas to due an investigation of selling fish with a Permit. While doing his investigation Mr Thomas Kendrick was told by I Jeffery Webb the Plaintiff and Chrislalyn Neal the Plaintiff to contact our attorney for any more questions however Mr. Kendrick continued to ask questions, ignoring the client and lawyer rule. During this incident of force investigation I the Plaintiff call attorney John Walker Mr. Walker notified Defendant Kendrick of my Civil Right to remain silent until attorney is Present although Kendrick continued Pressing to answers to where I sold and and bought fish. After the illegal investigation Mr. Kendrick the defendant enter his state issued vehicle while placing the vehicle in Reverse he unholstered his service weapon and Brandised it towards me and the Chrislalyn neal the Plaintiff while leaving the farm.

Page 2

I th Plantiff Jeffery Webb was leaving my home, had just awaken up due to slight illness, when I was directed by employee that my Convient Store that the EBT Machine was down and that I needed to do inventory on the Produce Section. Upon entering my place of Business I was approach by defendant Thomas Kendrick and shouldered Bump while walking into my store. After he shouldered Bumped me he yelled ~~Dumb Nigger~~. On this day the defendant was in his offical Capacity when he assaulted me by thrusting his body in to mine. Also he commuled Retaliation, Hate Crime by the name calling

Mr. Thomas Kendrick is abusing his Power, On this Day of assault he also violated a protection order from Woodruff County issued by the county judge

Also as a teenage kid (9) Mr. Thomas Kendrick Broke into Ms Brenda Thompson of Woodruff County In 1994 and caused this lady a world of Regret Sorrow and Pain as well as Fear. This Home Invasion and Crime was hidden from his Record due to him being a cop. Mr Kendicks has a history of Abusing his Power to get what he wants