# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WEBB'S PRODUCE FARMS
AND MARKET**                                                                PLAINTIFF

v.                              No. 3:19-cv-357-DPM

**CITY OF MCCRORY and
WOODRUFF COUNTY**                                                      DEFENDANTS

## ORDER

McCrory's opposed motion for an extension of time, *Doc. 17*, is granted with a caveat. The City's answer or Rule 12(b) motion is due by 11 June 2020. The caveat: the Court reserves a final decision on timeliness because the record is murky about when and how McCrory was served. Compare *Doc. 13* with *Doc. 15*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 May 2020