# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEFFERY WEBB and**
**CHRISTALYNN NEAL**                                              **PLAINTIFFS**

v.                              No. 3:19-cv-357-DPM

**JOE SLOCUM, III, Chief Firefighter &**
**Deputy Sheriff Officer; DOYLE FOWLER,**
**Mayor/Realtor; NICK WATSON, Officer;**
**JAMES DURHAM, Deputy Sheriff;**
**CITY OF MCCORY, ARKANSAS; and**
**WOODRUFF COUNTY**                                               **DEFENDANTS**

## ORDER

The Initial Order, *Doc. 46*, and Scheduling Order, *Doc. 47*, were returned undeliverable. Webb and Neal must update their address by 12 April 2021 or the Court will dismiss the case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 March 2021