IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                                                  PLAINTIFFS

v.                              No. 3:19-cv-357-DPM

JOE SLOCUM, III, Chief Firefighter &
Deputy Sheriff Officer; DOYLE FOWLER,
Mayor/Realtor; NICK WATSON, Officer;
JAMES DURHAM, Deputy Sheriff;
CITY OF MCCORY, ARKANSAS;
and WOODRUFF COUNTY ARKANSAS                                  DEFENDANTS

JEFFERY WEBB, II                                                                  PLAINTIFF

v.                              No. 3:19-cv-358-DPM

JOE SLOCUM, III, Fire Chief, Woodruff
County Sheriff's Office;
DOYLE FOWLER, Mayor of McCrory,
Arkansas; JAMES DURHAM, Woodruff
County Deputy Sheriff and Jail Administrator;
THOMAS KENDRICK, Game & Fish Officer and
Firefighter; and NICK WATSON                                           DEFENDANTS

ORDER

The Court alerted plaintiffs that they must update their mailing address. *Doc. 50.* The Clerk corrected a clerical error in the plaintiffs' mailing address and remailed the Court's previous four Orders (*Doc. 40, 46, 50, & 54*) to plaintiffs' corrected address. Plaintiffs have not

updated their mailing address, and the time to do so has passed. Plaintiffs' complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

    So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2021