IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                                          PLAINTIFFS

v.                          No. 3:19-cv-357-DPM

JOE SLOCUM, III, Chief Firefighter
& Deputy Sheriff Officer; DOYLE
FOWLER, Mayor/Realtor; THOMAS
KENDRICK, Game & Fish; BRADLEY
BEEVLES, Chief; NICK WATSON, Officer;
JAMES DURHAM, Deputy Sheriff;
WILLIAM JONES, Officer; CITY OF
MCCORY, ARKANSAS; and
WOODRUFF COUNTY ARKANSAS                                                  DEFENDANTS

## JUDGMENT

Plaintiffs' complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2021