## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEFFERY WEBB and
CHRISTALYNN NEAL**                                    **PLAINTIFFS**

v.                          No. 3:19-cv-357-DPM

**JOE SLOCUM, III, Chief Firefighter &
Deputy Sheriff Officer;  DOYLE FOWLER,
Mayor/Realtor;  NICK WATSON, Officer;
JAMES DURHAM, Deputy Sheriff;
CITY OF MCCORY, ARKANSAS;
and WOODRUFF COUNTY ARKANSAS**          **DEFENDANTS**

### ORDER

Plaintiffs' motion to appoint counsel, *Doc. 63*, is denied without prejudice.  Although the case has been pending for some time, the substance of the parties' dispute is undeveloped. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).  There are no pending motions and discovery will continue until March 2022. *Doc. 61*.  The applicable law is not particularly complex.  And the facts alleged are not beyond what a *pro se* litigant can handle.  Appointing counsel in a civil case is an extraordinary step, which is unnecessary at this point.

So Ordered.

*D̶p̶m̶ ̶M̶a̶r̶s̶h̶a̶l̶l̶ ̶J̶r̶.̶*

D.P. Marshall Jr.
United States District Judge

*16 September 2021*