IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WEBB and CHRISTALYNN NEAL | PLAINTIFFS |

v.  No. 3:19-cv-357-DPM

| | |
|---|---|
| JOE SLOCUM, III, Chief Firefighter & Deputy Sheriff Officer;  DOYLE FOWLER, Mayor/Realtor;  NICK WATSON, Officer; JAMES DURHAM, Deputy Sheriff; CITY OF MCCORY;  and WOODRUFF COUNTY, ARKANSAS | DEFENDANTS |

| | |
|---|---|
| JEFFERY WEBB, II | PLAINTIFF |

v.  No. 3:19-cv-358-DPM

| | |
|---|---|
| JOE SLOCUM, III, Chief Firefighter & Woodruff County Sheriff's Office; DOYLE FOWLER, Mayor of McCrory, Arkansas;  JAMES DURHAM, Woodruff County Deputy Sheriff and Jail Administrator; THOMAS KENDRICK, Game & Fish Officer and Firefighter;  and NICK WATSON | DEFENDANTS |

**ORDER**

Joint status report, *Doc. 67*, and status report, *Doc. 68*, appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2022