IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WEBB and<br>CHRISTALYNN NEAL | PLAINTIFFS |

v.   No. 3:19-cv-357-DPM

| | |
|---|---|
| JOE SLOCUM, III, Chief Firefighter<br>& Deputy Sheriff Officer; DOYLE<br>FOWLER, Mayor/Realtor; NICK WATSON,<br>Officer; JAMES DURHAM, Deputy Sheriff;<br>CITY OF MCCORY; and<br>WOODRUFF COUNTY, ARKANSAS | DEFENDANTS |
| JEFFERY WEBB, II | PLAINTIFF |

v.   No. 3:19-cv-358-DPM

| | |
|---|---|
| JOE SLOCUM, III, Chief Firefighter<br>& Woodruff County Sheriff's Office;<br>DOYLE FOWLER, Mayor of McCrory,<br>Arkansas; JAMES DURHAM, Woodruff<br>County Deputy Sheriff and Jail Administrator;<br>THOMAS KENDRICK, Game & Fish Officer and<br>Firefighter; and NICK WATSON | DEFENDANTS |

### ORDER

The City Defendants' motion for dismissal, *Doc. 70*, in which they report a settlement has been reached with the Plaintiffs, is granted. All claims against the City of McCrory, Joe Slocum III, Doyle Fowler, and Nick Watson are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2022