IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                                    PLAINTIFFS

v.                          No. 3:19-cv-357-DPM

JAMES DURHAM, Deputy Sheriff and
WOODRUFF COUNTY, ARKANSAS                                          DEFENDANTS

### ORDER

Motion to compel, *Doc. 74*, denied without prejudice. Please follow the procedure outlined in the Second Amended Final Scheduling Order, *Doc. 66 at 3–4*, for any discovery disputes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2022