IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WEBB and CHRISTALYNN NEAL | PLAINTIFFS |

v.  No. 3:19-cv-357-DPM

| | |
|---|---|
| JAMES DURHAM, Deputy Sheriff and WOODRUFF COUNTY | DEFENDANTS |

| | |
|---|---|
| JEFFERY WEBB, II | PLAINTIFF |

v.  No. 3:19-cv-358-DPM

| | |
|---|---|
| JAMES DURHAM, Woodruff County Deputy Sheriff and Jail Administrator And THOMAS KENDRICK, Game & Fish Officer And Firefighter | DEFENDANTS |

### ORDER

Defendants' status report, *Doc. 77*, appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 July 2022