IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY WEBB and<br>CHRISTALYNN NEAL | | PLAINTIFFS |
| v. | No. 3:19-cv-357-DPM | |
| JAMES DURHAM, Deputy<br>Sheriff and WOODRUFF<br>COUNTY ARKANSAS | | DEFENDANTS |
| JEFFERY WEBB, II | | PLAINTIFF |
| v. | No. 3:19-cv-358-DPM | |
| JAMES DURHAM, Woodruff<br>County Deputy Sheriff and<br>Jail Administrator and<br>THOMAS KENDRICK, Game<br>and Fish Officer and Firefighter | | DEFENDANTS |

### ORDER

Webb and Neal haven't responded to Defendants' motion for summary judgment, *Doc. 79*. If they do not respond by 12 September 2022, then the Court will rule on the current papers.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 August 2022