IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                                              PLAINTIFFS

v.                              No. 3:19-cv-357-DPM

JAMES DURHAM, Deputy
Sheriff and WOODRUFF
COUNTY ARKANSAS                                                              DEFENDANTS

## ORDER

Motion, *Doc. 87*, granted.  Kaylen S. Lewis is relieved as counsel for Durham and Woodruff County.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2022