IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                                                    PLAINTIFFS

v.                                No. 3:19-cv-357-DPM

JOE SLOCUM, III, Chief Firefighter
& Deputy Sheriff Officer;  DOYLE
FOWLER, Mayor/Realtor;  THOMAS
KENDRICK, Game Fish;  BRADLEY
BEEVLES, Chief;  NICK WATSON,
Officer;  JAMES DURHAM, Deputy
Sheriff;  WILLIAM JONES, Officer;
CITY OF MCCRORY, ARKANSAS;
and WOODRUFF COUNTY ARKANSAS                                   DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2022